THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES E. REARDON, Appellant.

Argued May 25, 1953; decided July 14, 1953.

*Edward H. Levine, Daniel Jacobson* and *Vernon C. Rossner* for appellant.

*Miles F. McDonald, District Attorney (Aaron E. Koota* and *Julius Helfand* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.